UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
                    FILED
            November 20, 2008
          CLERK, US DISTRICT COURT
           EASTERN DISTRICT OF
                 CALIFORNIA

              DEPUTY CLERK
```

**JUDGMENT IN A CIVIL CASE**

VITALIY GOFMAN,

      Plaintiff,           CIV S-08-2302 FCD KJM

    v.

NCO FINANCIAL SYSTEMS, INC.,

      Defendant.

IT IS ORDERED AND ADJUDGED:

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE OFFER OF JUDGMENT, AND NOTICE OF ACCEPTANCE OF OFFER BY PLAINTIFF, FILED WITH THE COURT ON NOVEMBER 19, 2008.**

                                  Victoria C. Minor,
                                  Clerk of the Court

ENTERED:   November 20, 2008

                                  by:_____/s/_____
                                     Michele Krueger,
                                     Courtroom Deputy