Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel:   619/758-1891
Fax:   619/222-3667
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITALIY GOFMAN,<br><br>    Plaintiff,<br><br> vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>    Defendant. | Case No. 2:08-CV-2302-FCD-KJM<br><br>STIPULATION AND ORDER TO VACATE JUDGMENT AND DISMISS ACTION WITH PREJUDICE |

  Plaintiff, VITALIY GOFMAN, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on or about 9/29/2008. Plaintiff accepted NCO's Offer of Judgment on November 19, 2008, and Judgment was entered on November 20, 2008. The parties subsequently resolved the action in its entirety. As part of said resolution, the parties agree to vacate the judgment entered by this Court and to dismiss the entire action with prejudice.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the Judgment entered in the above captioned action be vacated pursuant to Fed. R. Civ. Pro. 60.

IT IS FURTHER STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 3/13/09                    KROHN & MOSS, LTD.

/s/ Nicholas J. Bontrager
Nicholas J. Bontrager, Esq.
Attorney for Plaintiff,
VITALIY GOFMAN

Dated: 3/13/09                    SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP

_____/s/_____
Debbie P. Kirkpatrick, Esq.
Attorney for Defendant,
NCO Financial Systems, Inc.

**THE FOREGOING STIPULATION**
**IS APPROVED AND IS SO ORDERED.**

Dated: March 16, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE